UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PATRICK LUCERO,<br>　　　　Plaintiff,<br>　v.<br>DR. MENDEZ, et al.,<br>　　　　Defendants. | Case No. 24-cv-07510-JSC<br><br>**ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT; INSTRUCTIONS TO CLERK** |

Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights action under 42 U.S.C. § 1983. (ECF No. 1.) On April 17, 2025, the Court dismissed most of the claims with leave to amend, and granted Plaintiff until June 18, 2025, to file an amended complaint. (ECF No. 12 at 8.) The postal service returned the order as undeliverable, however, because the address Plaintiff provided was no longer current. (ECF No. 14.) The Court directed Plaintiff to provide his current address, which he has done. (ECF Nos. 15-17.)

Good cause appearing, Plaintiff is GRANTED an extension of time, to and including September 15, 2025, to file an amended complaint in accordance with the order of partial dismissal with leave to amend (ECF No. 12). As explained in that order, the amended complaint must include the caption and civil case number used in this order (No. C 24-7510 JSC (PR)) and the words "COURT-ORDERED FIRST AMENDED COMPLAINT" on the first page. Because an amended complaint completely replaces the original complaint, *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), Plaintiff may not incorporate material from the original by reference; he must include in his amended complaint all the claims he wishes to pursue, including the claims from his original complaint that the Court ruled are capable of judicial determination. <u>If Plaintiff fails to file an amended complaint within the designated time, or if the amendment is not sufficient, the claims that are dismissed will not be part of this case, and service will be ordered</u>

upon Defendants based only upon the claims against Dr. Mendez that the Court has ruled are capable of judicial determination.

The Clerk shall re-send Plaintiff the order of dismissal with leave to amend (ECF No. 12) and the order granting leave to proceed in forma pauperis (ECF No. 13) to Plaintiff at his updated address.

**IT IS SO ORDERED.**

Dated: July 17, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2