UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES PATRICK LUCERO,

          Plaintiff,

    v.

CARLOS ARCE, et al.,

          Defendants.

Case No. 24-cv-07510-JSC

**ORDER OF DISMISSAL**

Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights case under 42 U.S.C. § 1983.  Plaintiff has written a letter requesting to "withdraw[]" the case.  (ECF No. 27 (requesting to "simply drop the case").)  Under Federal Rule of Civil Procedure 41(a)(1), "a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'"  *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (citation omitted).  Defendants have not answered or filed a motion for summary judgment.  Accordingly, Plaintiff's request to voluntarily dismiss this case is GRANTED, and the case is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B) (providing unless plaintiff's request for dismissal states otherwise, dismissal is without prejudice).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California